Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ☒ ST. THOMAS/ST. JOHN ☐ ST. CROIX

IDA-MAE F BROWN )
(Print your full name) )
  )
  Plaintiff *pro se*, )
  )        **COMPLAINT**
  )
v. )
  )  Civil Action No. _____
EQUUS WORKFORCE )  (To be provided by the Clerk of Court)
  )
SOLUTIONS )
  Defendant(s) )

Rec'dDCVI-ST 08 22'23 03:25

**Provide full name(s) of defendant(s).** If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part II below.

**I. Jurisdiction is asserted pursuant to (CHECK ONE):**

☒ 42 U.S.C. §1983 (for claims against state actors)

☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for claims against federal actors)

**II. Parties in this complaint:**

A. List your name, address and telephone number. You **must** keep the Clerk of Court apprised of your current contact information.

   Name: IDA-MAE F. BROWN
   Street Address: PMB 179 8170 CROWN BAY MARINA
   City/State/Zip Code: ST THOMAS USVI 00802
   Telephone No.: 3405141899   Email Address: Idacookie.brown@gmail.com

B. Provide the name and address of each defendant listed in the caption. Attach additional sheets of paper as necessary.

   Defendant No. 1
   Name: EQUUS WORKFORCE SOLUTIONS
   Position/Title: TALENT DEVELOPMENT SPECIALIST
   Place of Employment: VIRGIN ISLANDS DEPT OF LABOR
   Type of Suit (check all that apply):   ☒ individual capacity   ☐ official capacity
   Address: 2353 KRONPRIND SENS GADE
            ST. THOMAS USVI 00802

Page 1 of 5

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

Defendant No. 2

Name: _____

Position/Title: _____

Place of Employment: _____

Type of Suit (check all that apply):    ☐ individual capacity    ☐ official capacity

Address: _____

If there are more than two defendants, attach a separate sheet. For each defendant, specify: (1) name; (2) position/title; (3) place of employment; (4) type of suit; and (5) address.

## III. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action. Include also the names of other persons involved in the events giving rise to your claims. If you assert multiple claims, number and set forth each claim in a separate paragraph. **Do not give any legal arguments or cite any cases or statutes**.

A. Where did the events giving rise to your claim(s) occur? _____

   VIRGIN ISLANDS DEPARTMENT OF LABOR

B. What date did the events giving rise to your claim(s) occur? _____

   ON 8/19/22 I RECEIVED A FINAL WRITTEN WARNING
   ON 12/20/22 I WAS TERMINATED

C. Identify the constitutional rights you believe have been violated. *If there are more than four counts, attach a separate sheet.*

   i.   Count I:    SEE ATTACHED SUMMARY
   ii.  Count II:   _____
   iii. Count III:  _____
   iv.  Count IV:   _____

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

D. Provide the essential facts of your case "IN NUMBERED PARAGRAPHS, EACH LIMITED AS FAR AS PRACTICABLE TO A SINGLE SET OF CIRCUMSTANCES."[1] *Attach additional sheets of paper as necessary, numbering each allegation.*

1. SEE ATTACHED SUMMARY OF EVENTS

2.

3.

4.

5.

6.

---

[1] FED. R. CIV. P. 10.

## SUMMARY

I was employed by Equus Workforce Solutions/Rescare/Arber from 10/21/21 to 12/20/22 as a Talent Development Specialist. I was under the supervision of Troy Felicien, Operations Supervisor.

### June 14, 2022

Due to a hostile work environment, I requested a meeting with Troy Felicien, and Erna Karaga HR manager. The purpose of the meeting was to improve the communication between Troy Felicien and myself.

### June 28, 2022

Following the June 14, 2022 meeting, I met with Marcy Heistand, Project Manager, Troy Felicien and Erna Karaga to discuss the importance of working together to find an effective means of communication within the team.

There was no verbal or written follow up from Marcy Heistand, Troy Felicien or Erana Karaga as a result of these meetings.

### August 19, 2022

I was requested to participate in a virtual meeting with David Genero, Regional Director, Erna Karaga and Maracy Heistand. At this meeting I was notified that I was being issued a final written warning and performance improvement plan. There was no verbal or written warning prior to this notification.

### December 20, 2022

In response to alleged allegations of inappropriate behavior involving a customer, I was terminated from my position.

Form VI-NP-CR
Pro Se Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

IV. **Damages**

Describe how you were damaged by any action or conduct of the defendant(s). If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

SEE ATTACHED SUMMARY OF DAMAGES

V. **Relief Requested** (*check only those that apply*). If you named two or more defendants and are seeking different relief against each defendant, indicate accordingly.

☒ Monetary damages in the amount of: $75,000
against:

___ All defendants   ☒ Def. No. 1   ___ Def. No. 2

☐ An injunction ordering: _____
against:

___ All defendants   ___ Def. No. 1   ___ Def. No. 2

☐ Other (*specify*): _____
against:

___ All defendants   ___ Def. No. 1   ___ Def. No. 2

☒ Costs and fees incurred in litigating this matter. $1,000

☐ Trial by jury on all issues so triable.

☐ Such other relief as may be appropriate.

VI. **Previous Lawsuits**

A. Have you filed other lawsuits in federal court dealing with the same facts involved in this action?
☐ Yes ☒ No

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 6 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1. Court: _____
2. Case/Docket/Index Number: _____
3. Date lawsuit filed: _____ Date closed _____

DAMAGES

1. Loss of full-time wages
2. Loss of medical and dental benefits
3. I was forced to seek tram from a mental health professional for stress
4. Insufficient money to sustain my customary lifestyle.

Form VI-NP-CR
*Pro Se* Civil Rights Complaint (non-prisoner)
(Rev. 8/24/15)

## VII. Verification and Declaration under Penalty of Perjury

*Initial each of the following*:

_[initialed]_  I have included **one** properly completed Form JS 44 Civil Cover Sheet (available from the clerk's office).

_[initialed]_  I have included **one** properly completed Form VI-AO 44 Summons in a Civil Action (available from the clerk's office) **for each defendant** I am suing, including the defendant's full name, job title and work address.

_[initialed]_  In addition to this complaint with an original signature, I have included **one copy** of this complaint for **each defendant.**

_[initialed]_  I have included:

☐ Full payment of the filing fee ($400.00) via cash (delivered in person) or check or money order payable to <u>Clerk, District Court of the Virgin Islands</u>; **or**

☑ A properly completed Motion to Proceed *In Forma Pauperis* in a Non-Prisoner Civil Action (Form VI-AO 240-NP)

_[initialed]_  **\*\*I have included the following (available from the clerk's office):**

☐ Motion for Permission for Electronic Case Filing ("e-filing or ECF")

_____  I understand the Court may deny my ECF motion pursuant to Local Rule of Civil Procedure 5.4(b)(2).

_____  I understand if the Court grants my ECF motion, it may subsequently terminate my e-filing access.

☑ Pro Se ECF Registration Form

**\*\* INITIAL and complete ECF motion/registration form only if you have access to a computer and an email account.**

_[initialed]_  I agree to promptly notify the clerk of any change of address.

_[initialed]_  I have read all of the statements in this complaint. [*Do not forget to keep a copy for your records.*]

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION CONTAINED IN THIS DOCUMENT IS TRUE AND CORRECT. 28 U.S.C. §1746; 18 U.S.C. §1621

This 14 day of August, 2023

_____
Signature of plaintiff